### SHALER & HALL QUARRY CO. *v.* BREWSTER.

*Death of respondent made to appear by affidavit.*

PER CURIAM. It appears by affidavit, on moving the case for argument, that the suit has abated by the death of the respondent. The cause should stand over to the next term without prejudice, and with leave to move for the substitution of the parties in interest.